**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Baal Perazim Wellness & Health Services, PC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Wellness Homes of Chicago<br>DBA Center for Respiratory Care and Weight Management of Will County<br>DBA SolaraRx<br>DBA Wellness Home at Northstar Healthcare<br>DBA Center for Respiratory and Post Covid Care<br>DBA Covid 19 Community Assessment & Testing Centers<br>DBA Wellness Home on Morgan<br>DBA Wellness Home of Back of the Yards<br>DBA Dr. Mo's 20-N-8 Weight Loss Plan<br>DBA Wellness Home at Northstar ? Rapid<br>DBA SolaraRx Pharmacy<br>DBA Wellness Home on Halsted |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-0760576 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3353 S. Morgan St., Ste. 1<br>Chicago, IL 60608 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) https://wellnesshome.org/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor Baal Perazim Wellness & Health Services, PC
Name
Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6211

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor See Attachment Relationship ______
District ______ When ______ Case number, if known ______

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number (if known)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2026
MM / DD / YYYY

**X** ______________________________
Signature of authorized representative of debtor

Dr. Maurice A. Brownlee
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

**X** /s/ William J. Factor
Signature of attorney for debtor

Date September 30, 2026
MM / DD / YYYY

William Factor 6205675
Printed name

The Law Office Of William J. Factor, Ltd
Firm name

105 W. Madison St., Suite 2300
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone (312) 878-6146 Email address wfactor@wfactorlaw.com

6205675 IL
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* __________ Chapter 11

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Baal Perazim Wellness, Inc. | | | Relationship to you | Affiliate |
| District | NDIL | When | 9/30/26 | Case number, if known | |
| Debtor | Solara Therapy, Ltd. | | | Relationship to you | Affiliate |
| District | NDIL | When | 9/30/26 | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name Baal Perazim Wellness & Health Services, PC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2026

X ____________
Signature of individual signing on behalf of debtor

Dr. Maurice A. Brownlee
Printed name

Chief Executive Officer
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Baal Perazim Wellness & Health Services, PC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 346 W 29TH, LLC - lease<br>268 W Alexander St<br>Chicago, IL 60616 | | | | | | $58,334.30 |
| BCBS of IL<br>300 E Randolph St<br>Chicago, IL 60601 | | | | | | $107,204.94 |
| Biz Fund<br>2371 McDonald Ave<br>Brooklyn, NY 11223 | | | | | | $729,183.22 |
| C A Painting and Remodel, Inc.<br>1648 Cuyler<br>Berwyn, IL 60402 | | | | | | $62,506.29 |
| Change Healthcare<br>424 Church St, Suite 1400<br>Nashville, TN 37219 | | | | | | $2,226,510.00 |
| Daniel S Berger, MD<br>7714 N Sheridan<br>Chicago, IL 60626 | | | | | | $1,125,000.00 |
| Fiji Funding<br>1950 Swarthmore Ave Unit 2<br>Lakewood, NJ 08701 | | | | | | $163,985.25 |
| Itria<br>1 Penn Plaza Suite 3130<br>NewYork, NY 10119 | | | | | | $832,534.74 |
| JRG Funding<br>180 Maiden Lane Fl 10<br>New York, NY 10038 | | | | | | $210,000.00 |
| KangarooHealth Inc.<br>2627 Hanover St<br>Palo Alto, CA 94304 | | | | | | $93,351.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| LG Funding<br>1218 Union St<br>Brooklyn, NY 11225 | | | | | | $253,646.00 |
| McKesson Surgical<br>9954 Mayland Dr<br>Richmond, VA 23233 | | | | | | $60,000.00 |
| Physicians Revenue Group<br>3250 Lacey Rd #160<br>Downers Grove, IL 60515 | | | | | | $50,120.00 |
| Sheffield Square Professional Center LLC<br>2835 N Sheffield Ave #217<br>Chicago, IL 60657 | | | | | | $69,485.94 |
| Stephen Phillips<br>1530 S STATE ST,APT 1006<br>Chicago, IL 60605 | | | | | | $75,000.00 |
| Tru Path<br>900 Park Centre Blvd<br>Miami, FL 33169 | | | | | | $210,000.00 |
| UIMC Reference Lab - 47th St.<br>840 S Wood St Room 170<br>Chicago, IL 60612 | | | | | | $51,786.00 |
| UIMC Reference Lab - Halsted<br>840 S Wood St Room 170<br>Chicago, IL 60612 | | | | | | $77,000.70 |
| UIMC Reference Lab - NS<br>840 S Wood St Room 170<br>Chicago, IL 60612 | | | | | | $459,424.60 |
| UIMC Reference Lab - Rapid<br>840 S Wood St Room 170<br>Chicago, IL 60612 | | | | | | $61,766.05 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re Baal Perazim Wellness & Health Services, PC
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dr. Maurice A. Brownlee<br>2835 N. Sheffield Ave., Suite 500<br>Chicago, IL 60657 | | 100% | Sole ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date September 30, 2026

Signature
Dr. Maurice A. Brownlee

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re Baal Perazim Wellness & Health Services, PC
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 144

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

346 W 29TH, LLC - lease
268 W Alexander St
Chicago, IL 60616

Accurate Biometrics
500 Park Blvd
Itasca, IL 60143

Adams, Mia
12133 S EGGLESTON AVE
Chicago, IL 60628

Alia
7036 W Belmont
Chicago, IL 60634

Altman, Marcellus
1114 W CARROLL AVE
Chicago, IL 60607

Anda Meds
2915 Weston Rd
Weston, FL 33331

Antwi, Fred
3918 CHURCH ST
Evanston, IL 60203

Assured Partners
25 NW Point Blvd #625
Elk Grove Village, IL 60007

BARRON, EMMANUEL
5034 W NELSON
Chicago, IL 60641

BATIO, DANA
6238 N LEAVITT
Chicago, IL

BCBS of IL
300 E Randolph St
Chicago, IL 60601

BENTLEY, NATE
6929 N LAKEWOOD AVE
Chicago, IL 60626

BERBER, MONZERRAT
2048 N KEYSTONE AVE
Chicago, IL 60639

BERGER, DANIEL S
7714 N SHERIDAN ROAD
Chicago, IL 60626

Better Business Bureau
121 W Wacker Dr Suite 2000
Chicago, IL 60601

Biz Fund
2371 McDonald Ave
Brooklyn, NY 11223

BLACK, SHANTORIE
6624 S DREXEL AVE APT 2
Chicago, IL 60637

Braden, Taiwan
422 W MELROSE ST APT 407
Chicago, IL 60657

BRD Media LLC
322 Ardmore Ave
Villa Park, IL 60181

BROWNLEE, MAURICE
1454 S Peoria
Chicago, IL 60639

BUCIO PEREZ, YARETH
5249 W BYRON ST UNIT 1
Chicago, IL 60641

Business Technology Solutions
3924 W Devon Suite 100
Lincolnwood, IL 60712

C A Painting and Remodel, Inc.
1648 Cuyler
Berwyn, IL 60402

CASTRO PAGAZA, GUADALUPE
4317 W PALMER ST
Chicago, IL 60639

Change Healthcare
424 Church St, Suite 1400
Nashville, TN 37219

CHEN, MICHAEL
734 W SHERIDAN RD APT 1008
Chicago, IL 60613

Chicago Metropolitan Fire Prevention
820 N Addison Ave
Elmhurst, IL 60126

Chitown Signs & Lighting
9445 Indianapolis BLVD, STE G
Highland, IN 46322

CLAS, MARIA
4254 W WRIGHTWOOD AVE
Chicago, IL 60639

Comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103

Comcast Business
1701 John F Kennedy Blvd
Philadelphia, PA 19103

DAHLQUIST, SOPHIA
5113 N GLENWOOD AVE
Chicago, IL 60640

Daniel S Berger, MD
7714 N Sheridan
Chicago, IL 60626

DE LA CRUZ, SUSAN M
4236 N MONITOR
Chicago, IL 60634

DEJESUS, VANESSA A
2603 N MILWAUKEE AVE APT 3
Chicago, IL 60647

Diamond Waste & Recycling
8149 S Wallace St
Chicago, IL 60620

DYER, NOLAN
3108 S GILES AVE APT 4N
Chicago, IL 60616

eClinical Works
2 Technology Dr
Westborough, MA 01581

Experian Health
720 Cool Springs Blvd, Suite 200
Franklin, TN 37067

FABIAN, JANET
1636 EUCLID AVE
Berwyn, IL 60402

Fiji Funding
1950 Swarthmore Ave Unit 2
Lakewood, NJ 08701

FLORES, SHEILA
2212 HARVEY AVE
Berwyn, IL 60402

GARCIA, MAURICE E
4136 W PALMER ST
Chicago, IL 60639

Gateway LLC
1309 Coffeen Avenue STE 1200,
Sheridan, WY 82801

GOMEZ, ARIANA
2423 ERNST ST
Franklin Park, IL 60131

GONZALEZ, JEFFREY M
11017 S AVENUE E
Chicago, IL 60617

GONZALEZ, JESUS G
5654 N ARTESIAN AVE
Chicago, IL 60659

GRANT, STACEY
4100 W CRYSTAL ST
Chicago, IL 60651

GREEN, ALEXANDER
4559 S HERMITAGE AVE APT 2R
Chicago, IL 60609

Green, Andre
7929 S BENNETT AVE
Chicago, IL 60617

Guzzetta, Jaclyn
4573 N Anthon Ave
Chicago, IL 60656

HALL, CHRISTOPHER D
912 E 75TH ST
Chicago, IL 60619

HAMM, KASSIDY
12035 S LAFAYETTE AVE
Chicago, IL 60628

HERNANDEZ, MARIA
12133 S EGGLESTON AVE
Chicago, IL 60628

Itamar Medical
3290 Cumberland Club Drive
Atlanta, GA 30339

Itria
1 Penn Plaza Suite 3130
NewYork, NY 10119

JDG Medical Consulting
4573 N Anthon
Chicago, IL 60656

JEWGIENIEW-ALIAGA, THERESA
8628 W PARK LN
Niles, IL 60714

JIMENEZ, DIANA
3859 W 66TH PL
Chicago, IL 60629

Joseph Owusu Ansah Osei

JRG Funding
180 Maiden Lane Fl 10
New York, NY 10038

KANAKAM, RAAGA
4559 S HERMITAGE AVE
2R
Chicago, IL 60609

KangarooHealth Inc.
2627 Hanover St
Palo Alto, CA 94304

Kozlowski, Ameilia
1833 W BERENICE AVE
Chicago, IL 60613

LABORNE, VICTORIA
1412 S Fairview
Park Ridge, IL 60068

LEWIS, KATRINA
1566 VINCENNES ST
Crete, IL 60417

LG Funding
1218 Union St
Brooklyn, NY 11225

Linde 81254527 BOY
10 Riverview Dr
Danbury, CT 06810

Linde Gas
10 Riverview Dr
Danbury, CT 06810

Linde Gas & Equipment 8615
10 Riverview Dr
Danbury, CT 06810

LUEBBEHUSEN, PRESTON
944 W MONTROSE AVE
208
Chicago, IL 60613

M10 Land Investments, LLC - lease
400 E Randolph St Suite 2507
Chicago, IL 60601

Magic Scrub Cleaning Services LLC
102 164th St
Calumet City, IL 60409

MARTIN MS, ANNA LUCILLE
11337 S ABERDEEN ST
Chicago, IL 60643

McKesson Surgical
9954 Mayland Dr
Richmond, VA 23233

Medeia Inc.
7 W Figuerora St #215
Santa Barbara, CA 93101

Medline
Three Lakes Drive
Northfield, IL 60093

Merz North America
6501 Six Forks Rd
Raleigh, NC 27615

MISHKA, JAKE
12828 LINCOLN ST APT 1
Blue Island, IL 60406

MITCHELL, ALICIA
1455 W 78TH ST
Apt 1
Chicago, IL 60620

MITCHELL, JESSE JAMES
3834 N SHEFFIELD AVE
100
Chicago, IL 60613

MIXON, EBONI
2610 E 74TH ST
Chicago, IL 60649

MONCRIEF, JANAY
7744 S OGLESBY AVE
Chicago, IL 60649

MONTIEL, ANGEL
3911 W 51ST ST
Chicago, IL 60632

MOORE, GEORGE
5800 N SHERIDAN RD
Apt 702
Chicago, IL 60660

MUNTEANU, ANDRA
6332 N RICHMOND
Apt 3
Chicago, IL 60659

Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175

NASER, SAMMIR
3740 N HALSTED ST Apt 1111
Chicago
Chicago, IL 60613

Nationwide Parking Service

NEAL III, TERRY
14302 CALIFORNIA AVE
Blue Island, IL 60406

Networks Connect
7930 Castleway Dr
Indianapolis, IN 46250

OROZCO, ERIKA
5654 N ARTESIAN UNIT 1
Chicago, IL 60659

P&G Advisors
6127 S University Ave Ste 1256
Chicago, IL 60637

P1 Finance
P.O. Box 924438
Norcross, GA 30010

Partner Assessment Corp.
1 S Dearborn, Suite 1530
Chicago, IL 60603

Peac Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054

Perez Harrison Pratt

PEREZ, HILDA
3805 W 59TH ST
Chicago, IL 60626

Physicians Revenue Group
3250 Lacey Rd #160
Downers Grove, IL 60515

PROSAPIO, ANTHONY C
6119 N KENMORE AVE
Apt 408
Chicago, IL 60660

Purchase Power
P.O. Box 981026
Boston, MA 02298

Quest Diagnostics
500 Plaza Drive
Secacus, NJ 07094

RAMIREZ, SHERLYN A
2222 S KEDVALE AVE
Chicago, IL 60623

RAMOS, ARIEL
3514 N CICERO AVE
Chicago, IL 60641

REYES, JOANN
6968 W PALMER ST
Chicago, IL 60707

ROPER, JERRY
9638 S FRANCISCO AVE
Evergreen Park, IL 60805

ROSADO, SOL
838 N ROCKWELL ST
Chicago, IL 60622

ROSAS-LOPEZ, ERIKA
2631 S HOMAN AVE
Chicago, IL 60623

RUIZ, GRISEL
4946 SUNNYSIDE DR
Hillside, IL 60162

SALAMANCA, STEPHANIE
7501 N OCONTO
Chicago, IL 60631

SALAS, CRYSTAL
16555 SIEGEL DR
Crest Hill, IL 60403

SANCHEZ, KASSANDRA
2423 ERNST ST
Franklin Park, IL 60131

Scope Research
6336 N. Oracle Rd, Suite 326-124
Tuscon, AZ 85704

SEELEY, REBEKAH
2019 W WARNER AVE
Chicago, IL 60618

SEGUI, DIANA
1117 W 19TH ST
Chicago, IL 60608

Sheffield Square Professional Center LLC
2835 N Sheffield Ave #217
Chicago, IL 60657

SHEPPARD, CONSUELA D
1454 S PEORIA ST
Chicago, IL 60608

SIAN, CARLOS
846 N HERMITAGE AVE
Apt 1F
Chicago, IL 60622

Simple Laboratories
7444 W Wilson Ave #111
Harwood Heights, IL 60706

State Farm Insurance
1 State Farm Plaza
Bloomington, IL 61710

Stephen Phillips
1530 S STATE ST,APT 1006
Chicago, IL 60605

Stericycle
222 S Riverside Plaza #1400
Chicago, IL 60606

STEVENS, BRANDON SCOTT
1441 W DIVERSEY PKWY
PH
Chicago, IL 60614

STOKES, JOSEPH
516 W ARMITAGE AVE APT 3
Chicago, IL 60614

STOLL, JARRETT C
10912 75TH ST
Apt 305
Kenosha, WI 53142

The Hartford
1 Hartford Plaza
Hartford, CT 06155

Thompson Coburn LLP
55 E Monroe
Chicago, IL 60603

Tip The Scales
27990 N Converse Rd
Island Lake, IL 60042

TREJO, BRITTANY
11017 S AVENUE E
Chicago, IL 60617

Tru Path
900 Park Centre Blvd
Miami, FL 33169

Trustifi
5725 S Valley View Blvd Suite 5
Las Vegas, NV 89118

UIMC Reference Lab - 47th St.
840 S Wood St Room 170
Chicago, IL 60612

UIMC Reference Lab - Halsted
840 S Wood St Room 170
Chicago, IL 60612

UIMC Reference Lab - NS
840 S Wood St Room 170
Chicago, IL 60612

UIMC Reference Lab - Rapid
840 S Wood St Room 170
Chicago, IL 60612

URIBE, ELY
5725 S SAINT LOUIS AVE
Chicago, IL 60629

VACA, ANDREA
3010 W AINSLIE ST
Apt 2S
Chicago, IL 60625

VARGAS, VINCENT
1131 W ADDISON ST
Unit 1
Chicago, IL 60613

VEGA, YESENIA
7042 16TH ST
Berwyn, IL 60402

Virtru
1801 Pennsylvania Ave NW, Floor 5
Washington, DC 20006

VVC Holdings, Inc.
80 Guest St
Boston, MA 02135

WINDMON, BREANA
388 YATES AVE APT 2A
Calumet City, IL 60409

Wright, Paul
6135 N CLARK ST
Apt 2
Chicago, IL 60660

Yellowstone Holdings, LLC
3916 N Broadway
Chicago, IL 60613