**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Baal Perazim Wellness & Health Services, PC, *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 26-16251<br>(Jointly Administered)<br><br>Hon. David D. Cleary |

# BUDGET THROUGH NOVEMBER 13, 2026

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) Baal Perazim Wellness & Health Services, PC (0576), Case No. 26-16251; (b) Baal Perazim Wellness, Inc. (6945), Case No. 26-16260; and (c) Solara Therapy, Limited (8079), Case No. 26-16248.

3 4

## *Cash Flow Budget Worksheet*

| *Week Ending:* | *23-Oct* | *30-Oct* | *6-Nov* | *13-Nov* | *Total* |
|---|---|---|---|---|---|
| **Beginning Cash Balance** | **$ 67,000** | **$ 70,800** | **$ 1,300** | **$ 15,300** | |
| **Cash Inflows (Income):** | | | | | |
| Insurance / Medicaid / Medicare collections | $ 100,000 | $ 100,000 | $ 150,000 | $ 150,000 | $ 500,000 |
| Patient payments | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 10,000 |
| **Total Cash Inflows** | **$ 102,500** | **$ 102,500** | **$ 152,500** | **$ 152,500** | **$ 510,000** |
| **Available Cash Balance** | **$ 169,500** | **$ 173,300** | **$ 153,800** | **$ 167,800** | |
| **Cash Outflows (Expenses):** | | | | | |
| Payroll (prepetition) | $ - | $ 6,000 | $ 25,000 | $ 100,000 | $ 131,000 |
| Payroll (postpetition wages and taxes) | $ 65,000 | $ 65,000 | $ 65,000 | $ 10,000 | $ 205,000 |
| Employee Insurance Benefits (health, dental, vision, life) | $ - | $ 57,000 | $ 5,000 | $ 6,000 | $ 68,000 |
| UIMC Reference Lab (lab tests and services) | $ - | $ - | $ - | $ - | $ - |
| Malpractice Insurance | $ 13,000 | $ 17,000 | $ - | $ - | $ 30,000 |
| Rent (existing leases) | $ - | $ - | $ - | $ - | $ - |
| Rent (Temp space) | $ - | $ - | $ 1,000 | $ 1,000 | $ 2,000 |
| Utilities & Telephone/Cleaning/Waste | $ 3,200 | $ - | $ 2,500 | $ 2,500 | $ 8,200 |
| Medical supplies / pharmacy | $ 1,500 | $ 1,500 | $ - | $ - | $ 3,000 |
| Software (Google) | $ - | $ - | $ 4,500 | $ - | $ 4,500 |
| EMR (patient records service) | $ - | $ - | $ 19,000 | $ - | |
| Physicians Revenue Group, Inc. (postpetition billing services) | $ 6,500 | $ 16,000 | $ 12,000 | $ 8,000 | $ 42,500 |
| Moving Expenses | $ 5,000 | $ 5,000 | $ - | $ - | $ 10,000 |
| Office Expenses (supplies, paper products, shipping, etc.) | $ 500 | $ 500 | $ 500 | $ 500 | $ 2,000 |
| Professional Fee Carveout/Reserve | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 16,000 |
| **Total Cash Outflows** | **$ 98,700** | **$ 172,000** | **$ 138,500** | **$ 132,000** | **$ 270,700** |
| **Ending Cash Balance** | **$ 70,800** | **$ 1,300** | **$ 15,300** | **$ 35,800** | |