**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Baal Perazim Wellness & Health Services, PC, *et al.*, | ) | Case No. 26-16251 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | Hon. David D. Cleary |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Wednesday, November 4, 2026, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable David D. Cleary, United States Bankruptcy Judge for the Northern District of Illinois, or any judge sitting in his place and stead, either in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, or electronically as described below, and shall then and there present the *Debtors' Application to Employ FactorLaw as Counsel Effective as of September 30, 2026* (the "Application"), a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the Application electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID is **161 122 6457** and the passcode is **Cleary644**. The meeting ID, passcode, and other information can also be found on the judge's page on the court's website.

If you object to this Application and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) Baal Perazim Wellness & Health Services, PC (0576), Case No. 26-16251; (b) Baal Perazim Wellness, Inc. (6945), Case No. 26-16260; and (c) Solara Therapy, Limited (8079), Case No. 26-16248.

Objection is timely filed, the Application will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the Application in advance without a hearing.

Dated: October 26, 2026

Respectfully submitted,

**BAAL PERAZIM WELLNESS & HEALTH SERVICES, PC,** ***et al.***

By: /s/ William J. Factor
One of Their Proposed Attorneys

William J. Factor (6204675)
Lars A. Peterson (6293551)
FACTORLAW
105 W. Madison Street, Suite 2300
Chicago, Illinois 60602
Tel: (312) 878-6976
Email: wfactor@wfactorlaw.com
Email: lpeterson@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, William J. Factor, an attorney, certify that on October 26, 2026, I caused a copy of this Notice of Motion and the attached Application to be served on each party on the Service List below by the method shown.

/s/ William J. Factor

## SERVICE LIST

**Registrants**
(Service via CM/ECF)

| | |
|---|---|
| **Adam G. Brief** | Ustpregion11.es.ecf@usdoj.gov |
| **William J Factor** | wfactor@wfactorlaw.com, wfactorlaw@gmail.com; bsass@wfactorlaw.com; wfactor@ecf.courtdrive.com; wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com |
| **Shanna M. Kaminski** | skaminski@kaminskilawpllc.com |
| **Lars A Peterson** | lpeterson@wfactorlaw.com; bsass@wfactorlaw.com; lpeterson@ecf.courtdrive.com |
| **Andrew Pincus** | ap@seidmanllc.com |

**Non-Registrants**
(Service via U.S. Mail)

346 W 29TH, LLC - lease
268 W Alexander St
Chicago, IL 60616

C A Painting and Remodel, Inc.
1648 Cuyler
Berwyn, IL 60402

Biz Fund
2371 McDonald Ave
Brooklyn, NY 11223

Daniel S Berger, MD
7714 N Sheridan
Chicago, IL 60626

Change Healthcare
424 Church St, Suite 1400
Nashville, TN 37219

Itria
1 Penn Plaza, Suite 3130
NewYork, NY 10119

Fiji Funding
1950 Swarthmore Ave, Unit 2
Lakewood, NJ 08701

KangarooHealth Inc.
2627 Hanover St
Palo Alto, CA 94304

JRG Funding
180 Maiden Lane, Fl 10
New York, NY 10038

McKesson Surgical
9954 Mayland Dr
Richmond, VA 23233

LG Funding
1218 Union St
Brooklyn, NY 11225

Physicians Revenue Group
3250 Lacey Rd #160
Downers Grove, IL 60515

Stephen Phillips
1530 S State St., Apt. 1006
Chicago, IL 60605

UIMC Reference Lab - 47th St.
840 S Wood St, Room 170
Chicago, IL 60612

UIMC Reference Lab - NS
840 S Wood St, Room 170
Chicago, IL 60612

Alia
7036 W Belmont
Chicago, IL 60634

BCBS of IL
300 E Randolph St
Chicago, IL 60601

Bonifacio, Michael
2918 W Logan Blvd.
Chicago, IL 60647

Comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103

Experian Health
720 Cool Springs Blvd, Suite 200
Franklin, TN 37067

Medeia Inc.
7 W Figuerora St, #215
Santa Barbara, CA 93101

Sheffield Square Professional Center LLC
2835 N Sheffield Ave, #217
Chicago, IL 60657

Tru Path
900 Park Centre Blvd
Miami, FL 33169

UIMC Reference Lab - Halsted
840 S Wood St, Room 170
Chicago, IL 60612

UIMC Reference Lab - Rapid
840 S Wood St, Room 170
Chicago, IL 60612

Anderson, Michael
3950 N Clarendon Ave, Apt. 3N
Chicago, IL 60613

Belanger, James
5320 N Sheridan Rd, Apt. 1605
Chicago, IL 60640

Bonifacio, Ramon
2918 W Logan Blvd., Unit 3E
Chicago, IL 60647

eClinical Works
2 Technology Dr
Westborough, MA 01581

McIntosh, Brian
3340 W Potomac Ave, Unit 2
Chicago, IL 60651

Mejta, Cheryl
803 N OAK PARK AVE
Oak Park, IL 60302

Oltean, Anthony
6033 N Sheridan Rd., Unit 18M
Chicago, IL 60660

Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175

Sablo, Kahan
2249 E 92ND ST
Chicago, IL 60617

Tipton, Dawn
1813 W Grand Ave, Apt 1
Chicago, IL 60622

Virtru
1801 Pennsylvania Ave NW, Floor 5
Washington, DC 20006

Horne, Sabrina
1537 E 83rd St
Chicago, IL 60619

Nick Tselepatiotis
3932 N Broadway
Chicago, IL 60613

Prompt Health
1000 Maxwell Ln, Unit 700
Hoboken, NJ 07030

State Farm Insurance
1 State Farm Plaza
Bloomington, IL 61710

Itria Ventures LLC
Attn: Paul A. Humbert, Esq.
9655 S. Dixie Hwy.
Miami, FL 33156

TruPath Lending LLC
10 W. Broadway, 6th Floor, #45
Salt Lake City, UT 84101

Armada Financial Inc.
50 Fountain Plaza, Suite 1400, PMB 164
Buffalo, NY 14202

The Hartford
1 Hartford Plaza
Hartford, CT 06155

Trustifi
5725 S Valley View Blvd, Suite 5
Las Vegas, NV 89118

Business Technology Solutions
3924 W Devon Suite 100
Lincolnwood, IL 60712

M10 Land Investments, LLC
400 E Randolph St., Suite 2507
Chicago, IL 60601

People's Gas
200 E Randolph St Suite 5100
Chicago, IL 60601

Sheridan, Katie
1846 N Harding Ave
Chicago, IL 60647

Wong, Tony
3024 W Irving Park Rd.
Chicago, IL 60618

BizFund, LLC
315 Avenue U, 3rd Floor
Brooklyn, NY 11223

Daniel S. Berger, M.D., Ltd.
2835 N. Sheffield Ave., #104
Chicago, IL 60657

C T Corporation System, as Representative
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

The LCF Group, Inc.
Legal Department
3000 Marcus Avenue, Suite 2W15
New Hyde Park, NY 11042-1005

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Baal Perazim Wellness & Health Services, PC, *et al.*, | ) | Case No. 26-16251 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | Hon. David D. Cleary |

**DEBTORS' APPLICATION TO EMPLOY FACTORLAW AS COUNSEL**
**EFFECTIVE AS OF SEPTEMBER 30, 2026**

Baal Perazim Wellness & Health Services, PC ("Baal P.C."), Baal Perazim Wellness, Inc. ("Baal Inc."), and Solara Therapy, Limited ("Solara," and collectively with Baal P.C. and Baal Inc., the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), apply pursuant to sections 327(a), 328(a), and 1107(b) of title 11 of the United States Code (the "Code") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order authorizing the Debtors to employ William J. Factor and The Law Office of William J. Factor, Ltd. (collectively, "FactorLaw") as their bankruptcy counsel, effective as of September 30, 2026, on the terms set forth in this application (this "Application") and in the declaration of William J. Factor (the "Factor Declaration"), attached as Exhibit A. In support of this Application, the Debtors state as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and Local Rule 40.3.1(a) of the United States District Court for the Northern District of

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) Baal Perazim Wellness & Health Services, PC (0576), Case No. 26-16251; (b) Baal Perazim Wellness, Inc. (6945), Case No. 26-16260; and (c) Solara Therapy, Limited (8079), Case No. 26-16248.

Illinois. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On September 30, 2026 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Code. The Debtors remain in possession of their property and continue to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Code. No trustee, examiner, or committee of unsecured creditors has been appointed in any of the Chapter 11 Cases.

3. On October 6, 2026, the Court entered an order directing the joint administration of the Debtors bankruptcy cases, for procedural purposes only, under Case No. 26-16251 [Docket No. 27].

4. The Debtors provide primary care, behavioral health, and physical therapy services in Chicago under the name "Wellness Homes of Chicago." Baal P.C. operates the Debtors' primary care clinics. Baal Inc., a non-profit entity, operates Wellness Home Behavioral Health. Solara provides physical therapy services.

## BASIS FOR RELIEF

### I. The Scope of the Proposed Retention

5. The Debtors require counsel to represent them and their bankruptcy estates (the "Estates") in the Chapter 11 Cases. FactorLaw specializes in bankruptcy law. Its attorneys represent debtors-in-possession, trustees, and other parties in interest in chapter 11 cases in this District. FactorLaw is well qualified to serve as the Debtors' bankruptcy counsel.

6. The Debtors and FactorLaw are parties to an amended and restated engagement letter dated September 28, 2026 (the "Engagement Agreement"), a copy of which is attached to the Factor Declaration as Exhibit 1.

7. FactorLaw will render the following services to the Debtors:

(a) advising the Debtors with respect to their powers and duties as debtors-in-possession in the continued management and operation of their businesses;

(b) attending meetings and negotiating with creditors, the Office of the United States Trustee, and other parties in interest;

(c) taking all necessary action to protect and preserve the Estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and objecting to claims filed against the Estates;

(d) preparing motions, applications, answers, orders, reports, and other papers necessary to the administration of the Chapter 11 Cases;

(e) representing the Debtors in connection with the use of cash collateral and any postpetition financing;

(f) representing the Debtors with respect to the claims of merchant cash advance funders, including any action to enforce the automatic stay;

(g) advising the Debtors in connection with any potential sale of assets;

(h) analyzing the Debtors' leases and executory contracts and their assumption, rejection, or assignment;

(i) taking all necessary action to obtain confirmation of a plan of reorganization;

(j) appearing before the Court, any appellate court, and the United States Trustee to protect the interests of the Estates; and

(k) performing all other necessary legal services for the Debtors in connection with the Chapter 11 Cases.

8. These services are necessary for the Debtors to administer the Chapter 11 Cases and to confirm a plan.

## II. FactorLaw Is Disinterested and Holds No Adverse Interest

9. A debtor-in-possession may employ, with the court's approval, one or more attorneys "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. §§ 327(a), 1107(a). A "disinterested person" is a person that: (a) is not a creditor, an equity security holder, or an insider; (b) is not and was not, within two years before the petition date, a director, officer, or employee of the debtor; and (c) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders. 11 U.S.C. § 101(14). "The debtor in possession's choice of counsel is limited to disinterested persons who do not hold or represent an interest adverse to the estate." *In re Granite Sheet Metal Works, Inc.*, 159 B.R. 840, 845 (Bankr. S.D. Ill. 1993). Subject to those requirements, however, a debtor-in-possession is generally entitled to counsel of its choosing. *In re Vouzianas*, 259 F.3d 103, 108 (2d Cir. 2001) ("[O]nly in the rarest cases should the trustee be deprived of the privilege of selecting his own counsel" (quoting *In re Mandell*, 69 F.2d 830, 831 (2d Cir. 1934))).

10. FactorLaw searched its conflicts records for the parties in interest identified in the Factor Declaration. Except as disclosed in the Factor Declaration, FactorLaw has no connection with the Debtors, their creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. Factor Declaration at ¶¶ 5-6. FactorLaw is not a creditor, an equity security holder, or an insider of any of the Debtors. *Id.* at ¶ 6.

11. FactorLaw will represent each of the Debtors. The Debtors' interests may differ on some matters, including: (a) claims that one Debtor may have against another; (b) the allocation of asets, expenses, and professional fees among the Debtors; and (c) the use of cash or other

property that more than one Debtor claims or that a creditor claims as collateral. Engagement Agreement at § 2. Each Debtor consented in writing to the joint representation. *Id.* Baal Inc.'s sole director separately considered whether Baal Inc.'s interests may differ from those of the other Debtors and approved the joint representation. Factor Declaration at ¶ 7.

12. FactorLaw is not aware of any actual conflict of interest among the Debtors. If an actual conflict arises that FactorLaw cannot resolve consistent with its professional obligations, FactorLaw will promptly disclose the conflict to the Court. FactorLaw may then recommend that one or more Debtors retain separate or conflicts counsel, or may seek to withdraw from representing one or more Debtors, subject to the Court's approval. Factor Declaration at ¶ 7.

13. FactorLaw does not represent Maurice A. Brownlee or any other officer, director, shareholder, or affiliate of the Debtors, including with respect to any personal guaranty of the Debtors' obligations to merchant cash advance funders. Factor Declaration at ¶ 8; Engagement Agreement at § 1.

14. On September 25, 2026, FactorLaw received a retainer of $25,000 by wire from Baal P.C. (the "Retainer"). The Retainer covers all three Debtors. Under the Engagement Agreement, the Retainer is an advance payment retainer that was earned on receipt and is not held in a client trust account. Engagement Agreement at § 6. On or before the Petition Date, FactorLaw applied $19,564 of the Retainer to its prepetition fees of $14,350 and its prepetition expenses of $5,214, consisting of the filing fees for the Chapter 11 Cases. FactorLaw holds the balance of $5,436. FactorLaw's ability to draw on the balance is subject to the Court's approval. Factor Declaration at ¶ 10. As of the Petition Date, FactorLaw was not owed any amount by any of the Debtors. *Id.*

15. FactorLaw therefore is a disinterested person that does not hold or represent an interest adverse to the Estates. Its retention satisfies section 327(a) of the Code.

### III. Approval of FactorLaw's Employment Effective as of the Petition Date Is Appropriate

16. The Debtors request that the Court approve FactorLaw's employment effective as of the Petition Date. Section 327(a) of the Code "does not say that the approval must precede the engagement." *In re Singson*, 41 F.3d 316, 319 (7th Cir. 1994). "[T]iming is a matter of sound judicial administration rather than legislative command." *Id.* Bankruptcy Rule 6003 also prevents the Court from granting an application to "employ a professional person under Rule 2014" within twenty-one days after the petition is filed, unless relief is needed to avoid immediate and irreparable harm. Fed. R. Bankr. P. 6003(a)(1).

17. FactorLaw has represented the Debtors continuously since the Petition Date, including in connection with the Debtors' first day motions. The Debtors filed this Application promptly after the Petition Date. Approval of FactorLaw's employment effective as of the Petition Date is appropriate.

### IV. FactorLaw's Compensation

18. Subject to the Court's approval and in accordance with sections 328(a), 330, and 331 of the Code, FactorLaw will be compensated on an hourly basis, billed in tenth-of-an-hour increments, at its customary hourly rates and reimbursed for its actual and necessary expenses. The hourly rates of the professionals expected to represent the Debtors are as follows:

| Professional | Title | Hourly Rate |
|---|---|---|
| William J. Factor | Partner | $500 |
| Lars Peterson | Partner | $425 |
| Sean P. Williams | Attorney | $425 |
| Other attorneys | Attorney | $325 to $425 |
| Legal assistants | Legal Assistant | $150 |

19. FactorLaw's hourly rates are reviewed periodically and may change. FactorLaw charges for actual out-of-pocket expenses that would not have been incurred but for its work for the Debtors. FactorLaw does not charge for routine facsimile, telephone, or computerized legal research within the scope of its LEXIS or WESTLAW subscription. Engagement Letter at § 5.

20. FactorLaw will apply to the Court for compensation and reimbursement of expenses in accordance with the Code, the Bankruptcy Rules, and the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois. All compensation paid to FactorLaw will be subject to the Court's approval after notice and a hearing. Pursuant to the Engagement Agreement, the Debtors are jointly and severally liable for FactorLaw's fees and expenses, subject to the Court's approval.

21. FactorLaw has not shared or agreed to share any compensation it has received or may receive in connection with the Chapter 11 Cases with any person other than the members and employees of FactorLaw, as section 504(b) of the Code permits. Factor Declaration at ¶ 11. No attorney of FactorLaw is a relative of the bankruptcy judge assigned to the Chapter 11 Cases or of any person employed by the Office of the United States Trustee. *Id.* at ¶ 6.

22. These terms are reasonable within the meaning of section 328(a) of the Code.

**NOTICE**

23. Notice of this Application has been provided to: (a) the Office of the United States Trustee; (b) the creditors included on each Debtor's list of creditors holding the twenty largest unsecured claims; (c) any party asserting an interest in the Debtors' cash collateral; and (d) all parties that have requested notice pursuant to Bankruptcy Rule 2002 in any of the Chapter 11 Cases. In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is required.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order: (a) authorizing the Debtors to employ FactorLaw as their bankruptcy counsel on the terms set forth in this Application and the Factor Declaration, effective as of the Petition Date; and (b) granting such other and further relief as is appropriate.

Dated: October 26, 2026

Respectfully submitted,

**BAAL PERAZIM WELLNESS & HEALTH SERVICES, PC, *et al.***

By: /s/ William J. Factor
One of Their Proposed Attorneys

William J. Factor (6204675)
Lars A. Peterson (6293551)
FACTORLAW
105 W. Madison Street, Suite 2300
Chicago, Illinois 60602
Tel: (312) 878-6976
Email: wfactor@wfactorlaw.com
Email: lpeterson@wfactorlaw.com