**Fill in this information to identify the case:**

Debtor name: Baal Perazim Wellness & Health Services, PC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16251

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 2156 | $8,887.64 |
| 3.2. | Bank of America | Checking | 6629 | $180.14 |
| 3.3. | Fifth Third Bank | Checking | 7681 | $21,621.93 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — $30,689.71
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. Security Deposit, 2835 N. Sheffield, Chicago, IL 60657 — $29,730.00


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number *(If known)* 26-bk-16251
Name

7.2. Security Deposit, 3916 N. Broadway, Unit B $4,350.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** $34,080.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 2,405,701.28 | - | 1,804,275.96 | = .... | $601,425.32 |
| 11b. Over 90 days old: | 14,482,798.97 | - | 14,090,430.00 | =.... | $392,368.97 |

12. **Total of Part 3.** $993,794.29
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

39. **Office furniture**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Desks, desk chairs, side chairs, examination tables (approximately 30 of each) | Unknown | | Unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Approximately 30 computers; various other office machines (copiers, printers, etc.) | Unknown | | Unknown |
| 2 TM Flow systems (diagnostic medical platform used to evaluate vascular function, nerve health, and the autonomic nervous system) (~2 years old) | $50,000.00 | Cost | Unknown |
| One BrainsWay 104 deep-TMS system with H1 and H7 coils, including attachments and accessories | Unknown | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $0.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 3916 N. Broadway, Unit B, Chicago, IL 60613 | Leasehold | Unknown | | Unknown |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number *(If known)* 26-bk-16251

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | 2835 N. Sheffield, Suites 500, 505-512, 516 and 518-524, Chicago, IL 60657 | Leasehold | Unknown | | Unknown |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number *(If known)* 26-bk-16251

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,689.71 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $34,080.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $993,794.29 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,058,564.00 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,058,564.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Baal Perazim Wellness & Health Services, PC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) 26-bk-16251

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** Armada Financial Inc.
Creditor's Name

50 Fountain Plaza, Suite 1400, PMB 164
14202
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred** 9/2/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
One BrainsWay 104 deep-TMS system with H1 and H7 coils, including attachments and accessories, at 2835 N. Sheffield Ave., Suite 500.

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: Unknown — Column B: $0.00

---

**2.2** BizFund, LLC
Creditor's Name

2371 McDonald Ave.
Brooklyn, NY 11223
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $729,183.22 — Column B: $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name
Case number (if known) 26-bk-16251

**2.3** C T Corporation System, as Rep.
Creditor's Name
330 N Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203
Creditor's mailing address

uccfilingreturn@wolterskluwer.com
Creditor's email address, if known

**Date debt was incurred**
7/20/2026
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Unknown

**Describe the lien**
UCC Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown $0.00

**2.4** Corporation Service Company, as Rep.
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
Oct. 2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**
UCC Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Unknown $0.00

**2.5** Corporation Service Company, as Rep.
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
Mar. 2024
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
All assets

**Describe the lien**
UCC Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number (if known) 26-bk-16251

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

2.6 Corporation Service Company, as Rep.
Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
Sept. 2025
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
All assets

Unknown | $0.00

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

2.7 Daniel S. Berger, M.D., Ltd.
Creditor's Name

7714 N Sheridan
Chicago, IL 60626
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/2/2021
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Furniture, fixtures, equipment and personal property at 2835 N. Sheffield Ave., Chicago, additions and proceeds; all patient records; inventory, including general intangibles; all accounts receivable now owned or hereafter acquired.

$1,125,000.00 | $0.00

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

2.8 Itria Ventures LLC
Creditor's Name

1 Penn Plaza, Suite 3130
New York, NY 10119
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Receivables

$258,082.82 | $0.00

**Describe the lien**
UCC Lien



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

uccfilingreturn@wolterskluwer.com
Creditor's email address, if known

Date debt was incurred
2/17/2025

Last 4 digits of account number
A287

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 Itria Ventures LLC — $574,477.02 — $0.00

Creditor's Name

1 Penn Plaza, Suite 3130
New York, NY 10119
Creditor's mailing address

uccfilingreturn@wolterskluwer.com
Creditor's email address, if known

Date debt was incurred
1/30/2026

Last 4 digits of account number
A022

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Receivables

Describe the lien
UCC Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 JRG Funding LLC — $210,000.00 — $0.00

Creditor's Name

180 Maiden Lane, Fl 10
New York, NY 10038
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
7/13/2026

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Receivables

Describe the lien
UCC Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

2.11 LG Funding LLC — $253,646.00 — $0.00

Creditor's Name

Describe debtor's property that is subject to a lien
Receivables



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number (if known) 26-bk-16251

1218 Union St.
Brooklyn, NY 11225
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/24/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 TruPath Lending LLC
Creditor's Name
10 W. Broadway, 6th Floor
#45
Salt Lake City, UT 84101
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Receivables

$210,000.00 $0.00

Creditor's email address, if known

**Date debt was incurred**
7/13/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $3,360,389.06

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Baal Perazim Wellness & Health Services, PC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) 26-bk-16251

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Adams, Mia<br>12133 S EGGLESTON AVE<br>Chicago, IL 60628 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $399.50 | $399.50 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Allen, Katherine<br>9129 S Luella Ave<br>Chicago, IL 60617 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $891.95 | $891.95 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Priority creditor's name and mailing address<br>Altman, Marcellus<br>1114 W CARROLL AVE<br>Chicago, IL 60607 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,522.21 | $1,522.21 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name
Case number (if known) 26-bk-16251

2.4 Priority creditor's name and mailing address
Antwi, Fred
3918 CHURCH ST
Evanston, IL 60203

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,186.39 $4,186.39

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.5 Priority creditor's name and mailing address
BARRON, EMMANUEL
5034 W NELSON
Chicago, IL 60641

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,725.60 $11,725.60

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.6 Priority creditor's name and mailing address
BATIO, DANA
6238 N LEAVITT
Chicago, IL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,057.61 $3,057.61

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.7 Priority creditor's name and mailing address
BENTLEY, NATE
6929 N LAKEWOOD AVE
Chicago, IL 60626

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,664.53 $1,664.53

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8 Priority creditor's name and mailing address
BERBER, MONZERRAT
2048 N KEYSTONE AVE
Chicago, IL 60639

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,598.21 $2,598.21

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 2.9 Priority creditor's name and mailing address<br>BERGER, DANIEL S<br>7714 N SHERIDAN ROAD<br>Chicago, IL 60626 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,625.12 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.10 Priority creditor's name and mailing address<br>BLACK, SHANTORIE<br>6624 S DREXEL AVE APT 2<br>Chicago, IL 60637 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,719.65 | $1,719.65 |
| Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.11 Priority creditor's name and mailing address<br>Braden, Taiwan<br>422 W MELROSE ST APT 407<br>Chicago, IL 60657 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $284.28 | $284.28 |
| Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.12 Priority creditor's name and mailing address<br>BROWNLEE, MAURICE<br>1454 S Peoria<br>Chicago, IL 60639 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $77,789.91 | $17,150.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.13 Priority creditor's name and mailing address<br>BUCIO PEREZ, YARETH<br>5249 W BYRON ST UNIT 1<br>Chicago, IL 60641 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,332.17 | $2,332.17 |
| Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

**2.14** Priority creditor's name and mailing address
CASTRO PAGAZA, GUADALUPE
4317 W PALMER ST
Chicago, IL 60639

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,503.13 $1,503.13

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.15** Priority creditor's name and mailing address
CHEN, MICHAEL
734 W SHERIDAN RD APT 1008
Chicago, IL 60613

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,951.12 $16,951.12

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.16** Priority creditor's name and mailing address
CLAS, MARIA
4254 W WRIGHTWOOD AVE
Chicago, IL 60639

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,296.07 $1,296.07

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.17** Priority creditor's name and mailing address
DAHLQUIST, SOPHIA
5113 N GLENWOOD AVE
Chicago, IL 60640

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,334.83 $1,334.83

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.18** Priority creditor's name and mailing address
DE LA CRUZ, SUSAN M
4236 N MONITOR
Chicago, IL 60634

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$461.95 $461.95

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

| | Creditor | Claim | Total claim | Priority amount |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>DEJESUS, VANESSA A<br>2603 N MILWAUKEE AVE APT 3<br>Chicago, IL 60647 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,178.81 | $3,178.81 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.20 | Priority creditor's name and mailing address<br>DYER, NOLAN<br>3108 S GILES AVE APT 4N<br>Chicago, IL 60616 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,926.78 | $6,926.78 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.21 | Priority creditor's name and mailing address<br>FABIAN, JANET<br>1636 EUCLID AVE<br>Berwyn, IL 60402 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,576.84 | $1,576.84 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.22 | Priority creditor's name and mailing address<br>FLORES, SHEILA<br>2212 HARVEY AVE<br>Berwyn, IL 60402 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,619.52 | $2,619.52 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.23 | Priority creditor's name and mailing address<br>GARCIA, MAURICE E<br>4136 W PALMER ST<br>Chicago, IL 60639 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,137.96 | $1,137.96 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name
Case number (if known) 26-bk-16251

2.24 Priority creditor's name and mailing address
GONZALEZ, JEFFREY M
11017 S AVENUE E
Chicago, IL 60617

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,753.99 $1,753.99

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.25 Priority creditor's name and mailing address
GONZALEZ, JESUS G
5654 N ARTESIAN AVE
Chicago, IL 60659

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,541.84 $3,541.84

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.26 Priority creditor's name and mailing address
GRANT, STACEY
4100 W CRYSTAL ST
Chicago, IL 60651

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,259.14 $1,259.14

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.27 Priority creditor's name and mailing address
GREEN, ALEXANDER
4559 S HERMITAGE AVE APT 2R
Chicago, IL 60609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,861.52 $1,861.52

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.28 Priority creditor's name and mailing address
Green, Andre
7929 S BENNETT AVE
Chicago, IL 60617

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$354.56 $354.56

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

**2.29** Priority creditor's name and mailing address
Guzzetta, Jaclyn
4573 N Anthon Ave
Chicago, IL 60656

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$55,116.30 $17,150.00

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.30** Priority creditor's name and mailing address
HALL, CHRISTOPHER D
912 E 75TH ST
Chicago, IL 60619

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$434.52 $434.52

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.31** Priority creditor's name and mailing address
HAMM, KASSIDY
12035 S LAFAYETTE AVE
Chicago, IL 60628

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,333.56 $8,333.56

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.32** Priority creditor's name and mailing address
HERNANDEZ, MARIA
12133 S EGGLESTON AVE
Chicago, IL 60628

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,232.42 $4,232.42

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33** Priority creditor's name and mailing address
JEWGIENIEW-ALIAGA, THERESA
8628 W PARK LN
Niles, IL 60714

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,663.88 $3,663.88

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC — Case number (if known) 26-bk-16251

**2.34** Priority creditor's name and mailing address
JIMENEZ, DIANA
3859 W 66TH PL
Chicago, IL 60629

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,524.80 $1,524.80

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.35** Priority creditor's name and mailing address
KANAKAM, RAAGA
4559 S HERMITAGE AVE
2R
Chicago, IL 60609

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,864.07 $2,864.07

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.36** Priority creditor's name and mailing address
Kozlowski, Ameilia
1833 W BERENICE AVE
Chicago, IL 60613

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.23 $495.23

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.37** Priority creditor's name and mailing address
LABORNE, VICTORIA
1412 S Fairview
Park Ridge, IL 60068

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$570.89 $570.89

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.38** Priority creditor's name and mailing address
LEWIS, KATRINA
1566 VINCENNES ST
Crete, IL 60417

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,520.87 $3,520.87

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

2.39 Priority creditor's name and mailing address
LUEBBEHUSEN, PRESTON
944 W MONTROSE AVE
208
Chicago, IL 60613

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,399.40 $2,399.40

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.40 Priority creditor's name and mailing address
MARTIN MS, ANNA LUCILLE
11337 S ABERDEEN ST
Chicago, IL 60643

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,408.52 $2,408.52

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.41 Priority creditor's name and mailing address
McInerney, John
350 E 59th St Apt 2
Chicago, IL 60637

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$635.21 $635.21

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.42 Priority creditor's name and mailing address
MISHKA, JAKE
12828 LINCOLN ST APT 1
Blue Island, IL 60406

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$890.06 $890.06

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.43 Priority creditor's name and mailing address
MITCHELL, ALICIA
1455 W 78TH ST
Apt 1
Chicago, IL 60620

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,531.42 $1,531.42

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number (if known) 26-bk-16251

2.44 Priority creditor's name and mailing address
MITCHELL, JESSE JAMES
3834 N SHEFFIELD AVE
100
Chicago, IL 60613

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,233.08 $4,233.08

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.45 Priority creditor's name and mailing address
MIXON, EBONI
2610 E 74TH ST
Chicago, IL 60649

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,110.41 $3,110.41

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.46 Priority creditor's name and mailing address
MONCRIEF, JANAY
7744 S OGLESBY AVE
Chicago, IL 60649

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,144.00 $1,144.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.47 Priority creditor's name and mailing address
MONTIEL, ANGEL
3911 W 51ST ST
Chicago, IL 60632

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,364.56 $1,364.56

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

2.48 Priority creditor's name and mailing address
MOORE, GEORGE
5800 N SHERIDAN RD
Apt 702
Chicago, IL 60660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$651.13 $651.13

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251

**2.49** Priority creditor's name and mailing address
MUNTEANU, ANDRA
6332 N RICHMOND
Apt 3
Chicago, IL 60659

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,529.63 $3,529.63

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.50** Priority creditor's name and mailing address
NASER, SAMMIR
3740 N HALSTED ST
Apt 1111
Chicago
Chicago, IL 60613

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,215.31 $3,215.31

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.51** Priority creditor's name and mailing address
NEAL III, TERRY
14302 CALIFORNIA AVE
Blue Island, IL 60406

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,415.08 $1,415.08

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.52** Priority creditor's name and mailing address
OROZCO, ERIKA
5654 N ARTESIAN UNIT 1
Chicago, IL 60659

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,420.40 $2,420.40

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.53** Priority creditor's name and mailing address
PEREZ, HILDA
3805 W 59TH ST
Chicago, IL 60626

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,108.09 $1,108.09

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC — Name — Case number (if known) 26-bk-16251

**2.54** Priority creditor's name and mailing address
PROSAPIO, ANTHONY C
6119 N KENMORE AVE
Apt 408
Chicago, IL 60660

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,429.89 $1,429.89

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.55** Priority creditor's name and mailing address
RAMIREZ, SHERLYN A
2222 S KEDVALE AVE
Chicago, IL 60623

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,647.09 $1,647.09

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.56** Priority creditor's name and mailing address
RAMOS, ARIEL
3514 N CICERO AVE
Chicago, IL 60641

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,195.52 $2,195.52

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.57** Priority creditor's name and mailing address
REYES, JOANN
6968 W PALMER ST
Chicago, IL 60707

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,632.29 $6,632.29

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.58** Priority creditor's name and mailing address
ROPER, JERRY
9638 S FRANCISCO AVE
Evergreen Park, IL 60805

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$916.81 $916.81

Date or dates debt was incurred

Basis for the claim: Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name
Case number (if known) 26-bk-16251

| # | Priority creditor's name and mailing address | Claim status | Total claim | Priority amount |
|---|---|---|---|---|
| 2.59 | ROSADO, SOL<br>838 N ROCKWELL ST<br>Chicago, IL 60622 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,507.62 | $1,507.62 |
| | Date or dates debt was incurred | Basis for the claim: Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☒ No ☐ Yes | | |
| 2.60 | ROSAS-LOPEZ, ERIKA<br>2631 S HOMAN AVE<br>Chicago, IL 60623 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,079.43 | $2,079.43 |
| | Date or dates debt was incurred | Basis for the claim: Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☒ No ☐ Yes | | |
| 2.61 | RUIZ, GRISEL<br>4946 SUNNYSIDE DR<br>Hillside, IL 60162 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,246.61 | $3,246.61 |
| | Date or dates debt was incurred | Basis for the claim: Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☒ No ☐ Yes | | |
| 2.62 | SALAMANCA, STEPHANIE<br>7501 N OCONTO<br>Chicago, IL 60631 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,069.53 | $1,069.53 |
| | Date or dates debt was incurred | Basis for the claim: Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☒ No ☐ Yes | | |
| 2.63 | SALAS, CRYSTAL<br>16555 SIEGEL DR<br>Crest Hill, IL 60403 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,102.68 | $4,102.68 |
| | Date or dates debt was incurred | Basis for the claim: Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ☒ No ☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251

| | | | |
|---|---|---|---|
| 2.64 Priority creditor's name and mailing address<br>SANCHEZ, KASSANDRA<br>2423 ERNST ST<br>Franklin Park, IL 60131 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,268.03 | $1,268.03 |
| Date or dates debt was incurred | Basis for the claim: Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.65 Priority creditor's name and mailing address<br>SEELEY, REBEKAH<br>2019 W WARNER AVE<br>Chicago, IL 60618 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,418.99 | $6,418.99 |
| Date or dates debt was incurred | Basis for the claim: Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.66 Priority creditor's name and mailing address<br>SEGUI, DIANA<br>1117 W 19TH ST<br>Chicago, IL 60608 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,132.85 | $4,132.85 |
| Date or dates debt was incurred | Basis for the claim: Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.67 Priority creditor's name and mailing address<br>SHEPPARD, CONSUELA D<br>1454 S PEORIA ST<br>Chicago, IL 60608 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,827.17 | $1,827.17 |
| Date or dates debt was incurred | Basis for the claim: Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.68 Priority creditor's name and mailing address<br>SIAN, CARLOS<br>846 N HERMITAGE AVE<br>Apt 1F<br>Chicago, IL 60622 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,181.52 | $8,181.52 |
| Date or dates debt was incurred | Basis for the claim: Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

| | | | | |
|---|---|---|---|---|
| 2.69 | Priority creditor's name and mailing address<br>STEVENS, BRANDON SCOTT<br>1441 W DIVERSEY PKWY<br>PH<br>Chicago, IL 60614 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,935.55 | $11,935.55 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.70 | Priority creditor's name and mailing address<br>STOKES, JOSEPH<br>516 W ARMITAGE AVE APT 3<br>Chicago, IL 60614 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,938.75 | $11,938.75 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.71 | Priority creditor's name and mailing address<br>STOLL, JARRETT C<br>10912 75TH ST<br>Apt 305<br>Kenosha, WI 53142 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,207.62 | $2,207.62 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.72 | Priority creditor's name and mailing address<br>TREJO, BRITTANY<br>11017 S AVENUE E<br>Chicago, IL 60617 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,562.09 | $2,562.09 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.73 | Priority creditor's name and mailing address<br>URIBE, ELY<br>5725 S SAINT LOUIS AVE<br>Chicago, IL 60629 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,752.84 | $1,752.84 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251

| | | | | |
|---|---|---|---|---|
| 2.74 | Priority creditor's name and mailing address<br>VACA, ANDREA<br>3010 W AINSLIE ST<br>Apt 2S<br>Chicago, IL 60625 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,386.95 | $4,386.95 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.75 | Priority creditor's name and mailing address<br>VARGAS, VINCENT<br>1131 W ADDISON ST<br>Unit 1<br>Chicago, IL 60613 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,690.84 | $17,150.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.76 | Priority creditor's name and mailing address<br>VEGA, YESENIA<br>7042 16TH ST<br>Berwyn, IL 60402 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,919.97 | $1,919.97 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.77 | Priority creditor's name and mailing address<br>WINDMON, BREANA<br>388 YATES AVE APT 2A<br>Calumet City, IL 60409 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,197.98 | $1,197.98 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.78 | Priority creditor's name and mailing address<br>Wright, Paul<br>6135 N CLARK ST<br>Apt 2<br>Chicago, IL 60660 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $439.83 | $439.83 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
346 W 29TH, LLC - lease
268 W Alexander St
Chicago, IL 60616
**As of the petition filing date, the claim is:** *Check all that apply.* $58,334.30
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
Accurate Biometrics
500 Park Blvd
Itasca, IL 60143
**As of the petition filing date, the claim is:** *Check all that apply.* $45.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
Alia
7036 W Belmont
Chicago, IL 60634
**As of the petition filing date, the claim is:** *Check all that apply.* $3,293.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
Anda Meds
2915 Weston Rd
Weston, FL 33331
**As of the petition filing date, the claim is:** *Check all that apply.* $337.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
Assured Partners
25 NW Point Blvd #625
Elk Grove Village, IL 60007
**As of the petition filing date, the claim is:** *Check all that apply.* $22,484.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
BCBS of IL
300 E Randolph St
Chicago, IL 60601
**As of the petition filing date, the claim is:** *Check all that apply.* $107,204.94
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Better Business Bureau
121 W Wacker Dr Suite 2000
Chicago, IL 60601
**As of the petition filing date, the claim is:** *Check all that apply.* $1,565.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name
Case number (if known) 26-bk-16251

**3.8** **Nonpriority creditor's name and mailing address**
Biz Fund
2371 McDonald Ave
Brooklyn, NY 11223
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $729,183.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
BRD Media LLC
322 Ardmore Ave
Villa Park, IL 60181
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,999.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
Business Technology Solutions
3924 W Devon Suite 100
Lincolnwood, IL 60712
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,155.95
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
C A Painting and Remodel, Inc.
1648 Cuyler
Berwyn, IL 60402
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $62,506.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
Change Healthcare
424 Church St, Suite 1400
Nashville, TN 37219
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,516,801.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
Chicago Metropolitan Fire Prevention
820 N Addison Ave
Elmhurst, IL 60126
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,441.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
Chitown Signs & Lighting
9445 Indianapolis BLVD, STE G
Highland, IN 46322
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,504.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
Comcast
1701 John F Kennedy Blvd
Philadelphia, PA 19103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $668.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251

3.16 **Nonpriority creditor's name and mailing address**
Comcast Business
1701 John F Kennedy Blvd
Philadelphia, PA 19103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $392.07
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
Department of the Treasury/IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114
**Date(s) debt was incurred** For Notice Purposes
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Diamond Waste & Recycling
8149 S Wallace St
Chicago, IL 60620
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $739.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
eClinical Works
2 Technology Dr
Westborough, MA 01581
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $20,442.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Experian Health
720 Cool Springs Blvd, Suite 200
Franklin, TN 37067
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $3,180.03
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
Fiji Funding
1950 Swarthmore Ave Unit 2
Lakewood, NJ 08701
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $163,985.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
Gateway LLC
1309 Coffeen Avenue STE 1200,
Sheridan, WY 82801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $25,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
Illinois Department of Empt Sec
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680
**Date(s) debt was incurred** For Notice Purposes
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.24 **Nonpriority creditor's name and mailing address**
Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035
**Date(s) debt was incurred** For Notice of Purposes
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
Itamar Medical
3290 Cumberland Club Drive
Atlanta, GA 30339
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,048.04
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.26 **Nonpriority creditor's name and mailing address**
Itria
1 Penn Plaza Suite 3130
NewYork, NY 10119
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $832,534.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.27 **Nonpriority creditor's name and mailing address**
JDG Medical Consulting
4573 N Anthon
Chicago, IL 60656
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $30,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.28 **Nonpriority creditor's name and mailing address**
Joseph Owusu Ansah Osei
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**
KangarooHealth Inc.
2627 Hanover St
Palo Alto, CA 94304
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $93,351.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**
LG Funding
1218 Union St
Brooklyn, NY 11225
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $253,646.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**
Linde
10 Riverview Dr
Danbury, CT 06810
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,419.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

3.32 **Nonpriority creditor's name and mailing address**
Linde Gas
10 Riverview Dr
Danbury, CT 06810
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $907.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
Linde Gas & Equipment 8615
10 Riverview Dr
Danbury, CT 06810
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,952.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
M10 Land Investments, LLC - lease
400 E Randolph St Suite 2507
Chicago, IL 60601
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $22,596.43
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Magic Scrub Cleaning Services LLC
102 164th St
Calumet City, IL 60409
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $22,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
McKesson Surgical
9954 Mayland Dr
Richmond, VA 23233
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $60,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
Medeia Inc.
7 W Figuerora St #215
Santa Barbara, CA 93101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
Medline
Three Lakes Drive
Northfield, IL 60093
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $13,097.01
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
Merz North America
6501 Six Forks Rd
Raleigh, NC 27615
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,210.48
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number (if known) 26-bk-16251

**3.40** **Nonpriority creditor's name and mailing address**
Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,476.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.41** **Nonpriority creditor's name and mailing address**
Nationwide Parking Service
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
Networks Connect
7930 Castleway Dr
Indianapolis, IN 46250
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,938.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
P&G Advisors
6127 S University Ave Ste 1256
Chicago, IL 60637
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
P1 Finance
P.O. Box 924438
Norcross, GA 30010
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,178.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
Partner Assessment Corp.
1 S Dearborn, Suite 1530
Chicago, IL 60603
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,775.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
Peac Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $998.93
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
Perez Harrison Pratt
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number (if known) 26-bk-16251

**3.48** **Nonpriority creditor's name and mailing address**
Physicians Revenue Group
3250 Lacey Rd #160
Downers Grove, IL 60515
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,120.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
Purchase Power
P.O. Box 981026
Boston, MA 02298
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
Quest Diagnostics
500 Plaza Drive
Secacus, NJ 07094
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,255.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
Scope Research
6336 N. Oracle Rd, Suite 326-124
Tuscon, AZ 85704
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,875.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
Sheffield Square Professional Center LLC
2835 N Sheffield Ave #217
Chicago, IL 60657
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $69,485.94
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**
Simple Laboratories
7444 W Wilson Ave #111
Harwood Heights, IL 60706
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $522.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**
State Farm Insurance
1 State Farm Plaza
Bloomington, IL 61710
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,396.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
Stephen Phillips
1530 S STATE ST,APT 1006
Chicago, IL 60605
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $75,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC Case number (if known) 26-bk-16251
Name

**3.56** **Nonpriority creditor's name and mailing address**
Stericycle
222 S Riverside Plaza #1400
Chicago, IL 60606
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $622.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.57** **Nonpriority creditor's name and mailing address**
The Hartford
1 Hartford Plaza
Hartford, CT 06155
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $15,975.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
Thompson Coburn LLP
55 E Monroe
Chicago, IL 60603
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $14,581.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
Tip The Scales
27990 N Converse Rd
Island Lake, IL 60042
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
Tru Path
900 Park Centre Blvd
Miami, FL 33169
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $210,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
Trustifi
5725 S Valley View Blvd Suite 5
Las Vegas, NV 89118
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,970.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
UIMC Reference Lab - 47th St.
840 S Wood St Room 170
Chicago, IL 60612
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $51,786.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
UIMC Reference Lab - Halsted
840 S Wood St Room 170
Chicago, IL 60612
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $77,000.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC
Name

Case number (if known) 26-bk-16251

**3.64** **Nonpriority creditor's name and mailing address**
UIMC Reference Lab - NS
840 S Wood St Room 170
Chicago, IL 60612
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $459,424.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**
UIMC Reference Lab - Rapid
840 S Wood St Room 170
Chicago, IL 60612
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $61,766.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**
Virtru
1801 Pennsylvania Ave NW, Floor 5
Washington, DC 20006
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,677.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.67** **Nonpriority creditor's name and mailing address**
VVC Holdings, Inc.
80 Guest St
Boston, MA 02135
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,801.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
Wellpoint Federal, Inc.
220 Virginia Ave
Indianapolis, IN 46204
**Date(s) debt was incurred** For Notice Purposes
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.69** **Nonpriority creditor's name and mailing address**
Yellowstone Holdings, LLC
3916 N Broadway
Chicago, IL 60613
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,738.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 378,056.48 |
| **5b. Total claims from Part 2** | 5b. | + | $ 5,267,241.84 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ 5,645,298.32



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Baal Perazim Wellness & Health Services, PC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) 26-bk-16251

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease BW-009600: BrainsWay 104 TMS device | |
| | State the term remaining | to 9/2028 | |
| | List the contract number of any government contract | | Armada Financial Inc.<br>50 Fountain Plaza, Suite 1400, PMB 164<br>Buffalo, NY 14202 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Remote patient monitoring / chronic care management platform order form. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | KangarooHealth, Inc.<br>2627 Hanover St.<br>Palo Alto, CA 94304 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Medical Billing Services Agreement | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Physicians Revenue Group, Inc.<br>3250 Lacey Road, Suite 160<br>Downers Grove, IL 60515 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease, 2835 N. Sheffield Ave. | |
| | State the term remaining | Expires 9/30/2030 | |
| | List the contract number of any government contract | | Sheffield Square Professional Center LLC<br>Attn: Marc Harris<br>2835 N Sheffield Ave #217<br>Chicago, IL 60657 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Baal Perazim Wellness & Health Services, PC — Case number (*if known*) 26-bk-16251
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease, 3916 N. Broadway, Unit B (Rapid), about 1,800 sq ft. | |
| | State the term remaining | expires 8/31/2028 | Yellowstone Holdings, LLC<br>3916 N. Broadway<br>60613 |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Baal Perazim Wellness & Health Services, PC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16251

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Baal Perazim Wellness Inc. | | Itria Ventures LLC | ☒ D 2.8<br>☐ E/F<br>☐ G |
| 2.2 | Baal Perazim Wellness Inc. | | Itria Ventures LLC | ☒ D 2.9<br>☐ E/F<br>☐ G |
| 2.3 | Baal Perazim Wellness Inc. | | JRG Funding LLC | ☒ D 2.10<br>☐ E/F<br>☐ G |
| 2.4 | Maurice Antonio Brownlee | | Itria Ventures LLC | ☒ D 2.8<br>☐ E/F<br>☐ G |
| 2.5 | Maurice Antonio Brownlee | | Itria Ventures LLC | ☒ D 2.9<br>☐ E/F<br>☐ G |
| 2.6 | Maurice Antonio Brownlee | | BizFund, LLC | ☒ D 2.2<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Baal Perazim Wellness & Health Services, PC    Case number *(if known)* 26-bk-16251

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.7 | Maurice Antonio Brownlee | JRG Funding LLC | ☒ D 2.10<br>☐ E/F<br>☐ G |
| 2.8 | Maurice Antonio Brownlee | Daniel S. Berger, M.D., Ltd. | ☒ D 2.7<br>☐ E/F<br>☐ G |
| 2.9 | Solara Therapy, Limited | Itria Ventures LLC | ☒ D 2.9<br>☐ E/F<br>☐ G |
| 2.10 | Maurice Antonio Brownlee | Yellowstone Holdings, LLC | ☐ D<br>☐ E/F<br>☒ G 2.5 |
| 2.11 | Maurice Antonio Brownlee | Sheffield Square Professional Center LLC | ☐ D<br>☐ E/F<br>☒ G 2.4 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy