**Fill in this information to identify the case:**

Debtor name: Baal Perazim Wellness & Health Services, PC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 26-bk-16251

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................. $ 1,058,564.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................. $ 1,058,564.00

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................. $ 3,360,389.06

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................. $ 378,056.48

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 5,267,241.84

4. **Total liabilities** ..............................................
   Lines 2 + 3a + 3b ... $ 9,005,687.38


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy