**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Baal Perazim Wellness & Health Services, PC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 26-16251<br>(Jointly Administered)<br><br>Hon. David D. Cleary |

# BUDGET THROUGH DECEMBER 4, 2026

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) Baal Perazim Wellness & Health Services, PC (0576), Case No. 26-16251; (b) Baal Perazim Wellness, Inc. (6945), Case No. 26-16260; and (c) Solara Therapy, Limited (8079), Case No. 26-16248.

## *Cash Collateral Budget*

| Week Ending: | 6-Nov | 13-Nov | 20-Nov | 27-Nov | 4-Dec | Total |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **$ 1,300** | **$ 14,800** | **$ 35,800** | **$ 8,300** | **$ 44,800** | |
| **Cash Inflows (Income):** | | | | | | |
| Insurance / Medicaid / Medicare collections | $ 150,000 | $ 150,000 | $ 125,000 | $ 125,000 | $ 100,000 | $ 650,000 |
| Patient payments | $ 2,500 | $ 2,500 | $ 2,500 | $ 1,000 | $ 1,000 | $ 9,500 |
| **Total Cash Inflows** | **$ 152,500** | **$ 152,500** | **$ 127,500** | **$ 126,000** | **$ 101,000** | **$ 659,500** |
| **Available Cash Balance** | **$ 153,800** | **$ 167,300** | **$ 163,300** | **$ 134,300** | **$ 145,800** | |
| **Cash Outflows (Expenses):** | | | | | | |
| Payroll (prepetition) | $ 25,000 | $ 100,000 | $ 65,000 | $ 65,000 | $ 65,000 | $ 320,000 |
| Payroll (postpetition wages and taxes) | $ 65,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 10,500 | $ 107,500 |
| Employee Insurance Benefits (health, dental, vision, life) | $ 5,000 | $ 6,000 | $ 57,000 | $ - | $ - | $ 68,000 |
| UIMC Reference Lab (lab tests and services) | $ - | $ - | $ - | $ - | $ - | $ - |
| Malpractice Insurance | $ - | $ - | $ 5,700 | $ - | $ - | $ 5,700 |
| Rent (existing leases) | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent (Temp space) | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 5,000 |
| Utilities & Telephone/Cleaning/Waste | $ 2,500 | $ 2,500 | $ 500 | $ 500 | $ 500 | $ 6,500 |
| Medical supplies / pharmacy | $ - | $ - | $ - | $ - | $ - | $ - |
| Software (Google) | $ 4,500 | $ - | $ - | $ - | $ 3,000 | $ 7,500 |
| EMR (patient records service) | $ 19,000 | $ - | $ - | $ - | $ 19,000 | $ 38,000 |
| Physicians Revenue Group, Inc. (postpetition billing services) | $ 12,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 44,000 |
| Moving Expenses/Storage | $ - | $ - | $ 2,800 | $ - | $ - | $ 2,800 |
| Office Expenses (supplies, paper products, shipping, etc.) | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 2,500 |
| Professional Fee Carveout/Reserve | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 20,000 |
| **Total Cash Outflows** | **$ 139,000** | **$ 132,500** | **$ 155,000** | **$ 89,500** | **$ 111,500** | **$ 627,500** |
| **Ending Cash Balance** | **$ 14,800** | **$ 34,800** | **$ 8,300** | **$ 44,800** | **$ 34,300** | |