**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| BAAL PERAZIM WELLNESS & HEALTH SERVICES, PC. | ) | |
| | ) | CASE NO. 26-16251 |
| | ) | |
| | ) | HONORABLE DAVID D. CLEARY |

**NOTICE OF APPOINTMENT OF**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

The following parties, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in this case:

| | CREDITOR | REPRESENTATIVE |
|---|---|---|
| 1. | Change Healthcare Operations, LLC<br>c/o Shipman & Goodwin LLP<br>Attn. Jaime Welsh and Sarah Elkins<br>One Constitution Plaza<br>Hartford, CT 06103 | Jaime Welsh and Sarah Elkins<br>(860) 251-5522<br>jwelsh@goodwin.com<br>selkins@goodwin.com |
| 2. | Stephen Lee Phillips | Stephen Lee Phillips<br>(312) 502-4437<br>sphillips@slprocurement.com |
| 3. | Brian McIntosh | Brian McIntosh<br>312.838.0338<br>brianpetermcintosh@gmail.com |

RESPECTFULLY SUBMITTED

ADAM G. BRIEF
UNITED STATES TRUSTEE

DATE: November 23, 2026

By: */s/ Suhey Ramirez*
Suhey Ramirez, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 535-5014

## CERTIFICATE OF SERVICE

I, Suhey Ramirez

☒ an attorney, certify

that I served a copy of this ***Notice of Appointment of Official Unsecured Creditors' Committee***, on each entity shown on the attached list at the address shown and by the method shown on November 23, 2026.

BY: */s/ Suhey Ramirez*

Suhey Ramirez, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, IL 60604
(312) 535-5014

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

- **Adam G. Brief Ustpregion11.es.ecf@usdoj.gov**
- **Jeffrey C Dan jeffd@goldmclaw.com, katelynnet@goldmclaw.com;Dan.JeffreyC.B144241@notify.bestcase.com**
- **William J Factor wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bsass@wfactorlaw.com;wfactor@ecf.courtdrive.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com**
- **Shanna M. Kaminski skaminski@kaminskilawpllc.com**
- **Lester A Ottenheimer, III lottenheimer@olawgroup.com, nfishkin@olawgroup.com**
- **Lars A Peterson lpeterson@wfactorlaw.com, bsass@wfactorlaw.com;lpeterson@ecf.courtdrive.com**
- **Andrew Pincus ap@seidmanllc.com**